FILED

JUL 30 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                     Deputy Clerk

MUNNI ALVI IRONE, Creditor in Proper

1646 ACORN LANE

GLENDORA, CA 91741

(310) 299-6035

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| | ) CASE NO: 20-14552 |
| | ) ADVERSARY No. _____ |
| | ) |
| MUNNI ALVI IRONE DBA ART 4 PEACE | ) |
| AWARDS | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
| | ) |
|     v. | ) |
| | ) |
| 1.KHURRAM MOHAMMED AKA FESI | ) |
| KHURRAM AKA SUNNY MOHAMMED | ) |
| FESSI | ) |
|     Debtor | ) |
| _____ | ) |

FILED

JUL 30 2020

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

MUNNI ALVI IRONE

1646 ACORN LANE

GLENDORA, CA 91741

(310) 299-6035

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| MUNNI ALVI IRONE DBA ART 4 PEACE AWARDS<br><br>    Plaintiff,<br><br><br>    v.<br><br>1.KHURRAM MOHAMMED AKA FESI KHURRAM AKA SUNNY MOHAMMED FESSI<br><br>    Defendant | **CASE NO:**<br><br>**ADVERSARY PROCEEDING**<br><br>**1. TRADEMARK INFRINGEMENT UNDER 15 U.S.C. Sections 1114 and 1125(a);**<br><br>**2. TRADEMARK DILUTION UNDER 15 U.S.C. 1125(a);**<br><br>**3. UNFAIR COMPETITION AND FALSE ADVERTISING UNDER 15 U.S.C. Section 1125(a);**<br><br>**4. UNFAIR COMPETITION AND FALSE ADVERTISING UNDER CAL. BUS. & PROF. CODE Section 17200 and 17500, ET SEQ;**<br><br>**5. CONTRIBUTORY TRADEMARK INFRINGEMENT; AND**<br><br>**7. VICARIOUS TRADEMARK INFRINGEMENT** |

## 1.  PARTIES

**PLAINTIFF:**

Munni Alvi Irone (Creditor), a creditor as an individual hereby complains as follows:

## NATURE OF THE ACTION

This is an adversary proceeding by Munni against the Debtor, to avoid $325,000.00 in actual and constructive fraudulent pre-petition fund transfers made by Creditor to the herein-involved Debtor.  This adversary proceeding is under section 523(a)(2)(A).

## 1.  PARTIES

### CREDITOR:

I, Creditor Munni Alvi Irone, am an individual with principal place of residence at 1646 Acorn Lane; Glendora CA 91741. I founded my business Art4peaceawards in the year 2016 and I operate it from 9641 Chareville Blvd.,Beverly Hills CA 90212.  I own various websites related to my Art4peaceawards business including, but not limited to Art4peaceawards.com and Art4peaceawardsbeverlyhills.com.  Trademark Registration # 5834905. Please see Exhibit "A"

Plaintiff Munni Alvi Irone, complains and alleges against:

**Debtor:**

1. KHURRAM MOHAMMED AKA FESI KHURRAM AKA SUNNY MOHAMMED FESI, an individual;

## 2.  FACTUAL BACKGROUND

.ART4PEACEAWARDS   Business and the ART4PEACEAWARDS Trademark

1    As a result of Plaintiff's long-term and widespread use of the Arts 4 Peace Awards

2    mark in the United States via Internet, television, radio, and print advertising, and

3    continuous and unsolicited media coverage, the Arts 4 Peace Awards mark enjoys a

4    high degree of consumer recognition and has become a famous mark.

5
6        2.  Since at least as early as 2016, Plaintiff has continuously used the highly
            distinctive
7
8    trademark Arts 4 Peace Awards to market, schedule and hold artists awards events

9    throughout California, United States and worldwide.  Plaintiff's devoted substantial

10   time, effort, and resources to the development and extensive promotion of the Arts 4

11   Peace Awards trademark and the services offered thereunder. As a result of

12   Plaintiff's efforts, the public has come to recognize and rely upon the Art 4 Peace

13   Awards mark as an indication of the high quality, reliability and trustfulness

14   associated with Plaintiff's brand.

15
16       3.  Plaintiff met Defendant Khurram Mohammed (Mr. Mohammed) sometime in
            the
17
18   year 2015 and after meeting him, did not see him until sometime in the year 2016

19   when he brought a professional dancer to an event Plaintiff held.  Again, Plaintiff did

20   not see Defendant until another event Plaintiff held in 2018 and by then Plaintiff felt

21   comfortable to do business with Mr. Mohammed, since he appeared to be a very

22   orthodox Muslim man. Mr. Muhammed stated he knew people in the Bollywood

23   industry and that he had an investor that wanted to invest in a business venture

24   $150,000.00 dollars.  Sometime around June 2018 Mr. Mohammed and Plaintiff

25   VERBALLY agreed to work together and book a the Saban Theater located at 8440

26   Wilshire Blvd.,Beverly Hills, California as the venue for an event to be held by their

27   organizations Art World 4 Peace awards (Plaintiff's organization) and Family Film

28

3

1  Awards (Mr. Mohammed's organization).  Apparently Mr. Mohammed did not have

2  the funds for the deposit to rent the herein-mentioned venue and asked Plaintiff to

3  pay the $6,000.00 deposit to rent the herein-mentioned venue and asked Plaintiff to

4  asked Plaintiff to pay $3,000.00 deposit to open a bank account  with for the event

5  fund ticket sale proceeds to be deposited in. Also, Mr. Mohammed asked Plaintiff for

6  $2,300.00 loan to buy some computer software.  —Please See 5 The event was to be held on

7  October 28, 2018; however, a few days before the event, Mr. Mohammed told

8  Plaintiff she didn't want to do the event, walked out on Plaintiff and turned around and

9  directed the crowd who purchased tickets to the scheduled event to another venue in

10  Cerritos California.  Mr. Mohammed used my organization's name (Art 4 Peace

11  Awards for his event in Cerritos and he funneled all ticket purchase collected funds to

12  an account in India.  He collected over $250,000.00 dollars from the ticket sale for

13  that event and left me a $75,000.00 dollar debt since I still had to go through the

14  scheduled event at the Saban Theater.  I had to pay out of pocket for the theater

15  rental and all other incurred expenses.  Please See Exhibit B

16

17  4.  Since early as October 2018, Defendant Mr. Mohammed has been using .

18  Plaintiff's  organization's name (Art 4 Peace Awards) to promote his business. He

19  has an online page by the name of Art4peaceawards.com and other pages with my

20  organization's name, he is using my it illegally for his gain.  On information and belief,

21  Defendant Mr. Mohammed has been using Plaintiff's mark online and other avenues

22  which directly compete with Plaintiff's organization. Please see exhibit "B"

23  5.  Plaintiff brings this action as a result of Mr. Mohammed's fraudulent and unfair

24  business practices, he has engaged in a pattern and practice of using my

25  organization's name based upon misrepresentation to lure my established and

26  potential clients to his organization.   Because of this illicit practice, Mr. Mohammed

27  has obtained large, wrongful profits at Plaintiff's expense.

Unauthorized use of Art 4 Peace Awards in Internet Advertising

28

4

On information and belief, Defendants are partners and they are promoting

and using online Plaintiff's mark Art 4 Peace Awards  and different similar variations

of this mark which directly compete against Plaintiff's organization.

Defendants have been routinely using Plaintiff's Art 4 Peach Awards trademark,

and confusingly similar variations thereof, in the header and text of the resulting spon

sored link that appear when one types in "Art 4 Peace Awards" or a variation thereof

as a search term in an Internet search engine. Please see Exhibit "C'"

In addition to running advertisements that confuse Plaintiff's current and

prospect clients regarding the source of the online websites featuring Plaintiff's mark,

Defendants run advertisements that dilute and tarnish Plaintiff's mark and the

reputation of Plaintiff and her services.

Plaintiff sent demand letters to Defendants informing them of Plaintiff's

valuable trademark rights and demanding that they cease all use of the Art 4 Peace

Awards trademark. As of this date, Defendants continue to use Plaintiff's trademark,

and confusingly similar variations of it without authorization. Defendants' failure to

comply with Plaintiff's demands demonstrates a deliberate intent to continue

wrongfully competing with Plaintiff and to willfully infringe Plaintiff's rights in the Art 4

Peace Awards trademark.

On information and belief, the actions of all herein-included Defendants described

within the content of this Complaint were and continue to be deliberate and willful.

## FIRST CAUSE OF ACTION

### (FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C.

### Sections 1114 and 1125(a) against all Defendants)

The Defendants actions described above and specifically, without limitation,

their unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar

variations thereof, in commerce to advertise, promote, market, and sell tickets for

awards events throughout the United States, including California, constitute

trademark infringement in violation of 15 U.S.C. Sections 1114 and 1125(a).

The actions of Defendants, if not enjoined, will continue.  Plaintiff has suffered

and continues to suffer damages in an amount to be proven at trial consisting of,

among other things the following:

1.  Loss of income in the amount of around $250,000.00 dollars when

Defendant Khurram Mohammed transferred to a bank in India the tickets funds

collected  for the October 2018 awards event.

2.  Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram

Mohammed walked out  on Plaintiff for  the October 2018 event and took all the

collected funds some of the guests.

3.  Loss of income in an unknown amount for other awards events Defendants have

been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names

of the mark.

4.  Plaintiff's organization has been affected by Defendants' deceptive practices of

using Plaintiff's mark since prospect clients are being directed to Defendants' online

pages and advertising instead of going to Plaintiff's online page and advertising .

5.  Profits made by Defendants on the use of Plaintiff's mark.

6.  Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

7.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the

actions of Defendants were undertaken willfully and with the intention of causing

confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to

recover additional treble damages and reasonable attorney fees pursuant to 15

U.S.C. Section 1117.

On information and belief, the actions of all herein-included Defendants described within the content of this Complaint were and continue to be deliberate and willful.

### SECOND CAUSE OF ACTION

#### (Federal Trademark Dilution under 15 U.S.C. Section 1125(c) against all Defendants)

The Defendants actions described above and specifically, without limitation, their unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar variations thereof, in commerce to advertise, promote, market, and sell tickets for awards events throughout the United States, including California, constitute Federal Trademark Dilution in violation of 15 U.S.C. Sections 1114 and 1125(c).

The actions of Defendants, if not enjoined, will continue.  Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things the following:

1.  Loss of income in the amount of around $250,000.00 dollars when Defendant Khurram Mohammed transferred to a bank in India the tickets funds collected  for the October 2018 awards event.

2.  Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram Mohammed walked out  on Plaintiff for  the October 2018 event and took all the collected funds some of the guests.

3.  Loss of income in an unknown amount for other awards events Defendants have been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names of the mark.

4.  Plaintiff's organization has been affected by Defendants' deceptive practices of using Plaintiff's mark since prospect clients are being directed to Defendants' online pages and advertising instead of going to Plaintiff's online page and advertising .

5. Profits made by Defendants on the use of Plaintiff's mark.

6. Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

7. Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional treble damages and reasonable attorney fees pursuant to 15 U.S.C. Section 1117.

On information and belief, the actions of all herein-included Defendants described within the content of this Complaint were and continue to be deliberate and willful.

### THIRD CAUSE OF ACTION

**(Federal Unfair Competition and False Advertising under 15 U.S.C. Sections 1125(a) against all Defendants)**

The Defendants actions described above and specifically, without limitation, their unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar variations thereof, in commerce to advertise, promote, market, and sell tickets for awards events throughout the United States, including California, constitute Federal Unfair Competition and False Advertising in violation of 15 U.S.C. Section 1125(a).

The actions of Defendants, if not enjoined, will continue.  Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things the following:

1. Loss of income in the amount of around $250,000.00 dollars when Defendant Khurram Mohammed transferred to a bank in India the tickets funds collected  for the October 2018 awards event.

2. Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram Mohammed walked out  on Plaintiff for  the October 2018 event and took all the

collected funds some of the guests.

3. Loss of income in an unknown amount for other awards events Defendants have been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names of the mark.

4. Plaintiff's organization has been affected by Defendants' deceptive practices of using Plaintiff's mark since prospect clients are being directed to Defendants' online pages and advertising instead of going to Plaintiff's online page and advertising .

5. Profits made by Defendants on the use of Plaintiff's mark.

6. Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

7. Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional treble damages and reasonable attorney fees pursuant to 15 U.S.C. Section 1117.

On information and belief, the actions of all herein-included Defendants described within the content of this Complaint were and continue to be deliberate and willful.

### FOURTH CAUSE OF ACTION

**(Statutory Unfair  Competition and False Advertising  under    California Business and Professions Code Sections 17200 and 17500 et seq. Against all Defendants)**

The Defendants actions described above and specifically, without limitation, their unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar variations thereof, in commerce to advertise, promote, market, and sell tickets for awards events throughout the United States, including California, constitute Federal Statutory Unfair Competition and False Advertising under California Business and Professions Code Sections 17200 and 17500 et seq against all Defendants.

The actions of Defendants, if not enjoined, will continue.  Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things the following:

1.  Loss of income in the amount of around $250,000.00 dollars when Defendant Khurram Mohammed transferred to a bank in India the tickets funds collected  for the October 2018 awards event.

2.  Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram Mohammed walked out  on Plaintiff for  the October 2018 event and took all the collected funds some of the guests.

3.  Loss of income in an unknown amount for other awards events Defendants have been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names of the mark.

4.  Plaintiff's organization has been affected by Defendants' deceptive practices of using Plaintiff's mark since prospect clients are being directed to Defendants' online pages and advertising instead of going to Plaintiff's online page and advertising .

5.  Profits made by Defendants on the use of Plaintiff's mark.

6.  Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

7.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the actions of Defendants were undertaken willfully and with the intention of causing confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to recover additional treble damages and reasonable attorney fees pursuant to 15 U.S.C. Section 1117.

On information and belief, the actions of all herein-included Defendants described within the content of this Complaint were and continue to be deliberate and willful.

### **FIFTH CAUSE OF ACTION**

**(Contributory Trademark Infringement against all Defendants )**

The Defendants actions described within this Complaint and specifically, without limitation, their unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar variations thereof, in commerce to advertise, promote, market, and sell tickets for awards events throughout the United States, including California, constitute Federal Unfair Competition and False Advertising in violation of 15 U.S.C. Section 1125(a).

The actions of all Defendants described within the context of this Complaint, and specifically, without limitation, their knowledge, participation, and inducement of the unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar variations thereof, in commerce to advertise, market and promote awards events throughout the United States and California, constitute contributory trademark infringement in violation of Federal Law and common law of the State of California.

The actions of Defendants, if not enjoined, will continue. Plaintiff has suffered and continues to suffer damages in an amount to be proven at trial consisting of, among other things, diminution in business associated with the Art 4 Peace Awards mark, and injury to Plaintiff's business. Additionally, Plaintiff has suffered the following losses:

1. Loss of income in the amount of around $250,000.00 dollars when Defendant Khurram Mohammed transferred to a bank in India the tickets funds collected for the October 2018 awards event.

2. Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram Mohammed walked out on Plaintiff for the October 2018 event and took all the collected funds some of the guests.

3. Loss of income in an unknown amount for other awards events Defendants have

1   been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names

2   of the mark.

3   4.  Plaintiff's organization has been affected by Defendants' deceptive practices of

4   using Plaintiff's mark since prospect clients are being directed to Defendants' online

5   pages and advertising instead of going to Plaintiff's online page and advertising .

6   5.  Profits made by Defendants on the use of Plaintiff's mark.

7   6.  Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

8   7.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the

9   actions of Defendants were undertaken willfully and with the intention of causing

10  confusion, mistake, or deception, making this an exceptional case entitling Plaintiff to

11  recover additional treble damages and reasonable attorney fees pursuant to 15

12  U.S.C. Section 1117.

13

14  On information and belief, the actions of all herein-included Defendants described

15  within the content of this Complaint were and continue to be deliberate and willful.

16                              **SIXTH CAUSE OF ACTION**

17

18          **(Vicarious Trademark Infringement against Art 4 Peace Awards)**

19          Plaintiff  **re allege** and incorporate herein the allegations contained in this

20  Complaint against all Defendants.

21          The Defendants actions described within this Complaint  and specifically,

22  without limitation, their unauthorized use of the Art 4 Peace Awards trademark, and

23  confusingly similar variations thereof, in commerce to advertise, promote, market,

24  and sell tickets for awards events throughout the United States, including California,

25  constitute Federal Unfair Competition and False Advertising in violation of 15 U.S.C.

26  Section 1125(a).

27          The actions of all Defendants described within the context of this Complaint,

28

1  and specifically, without limitation, their knowledge, participation, and inducement of

2  the unauthorized use of the Art 4 Peace Awards trademark, and confusingly similar

3  variations thereof, in commerce to advertise, market and promote awards events

4  throughout the United States and California, constitute contributory trademark

5  infringement in violation of Federal Law and common law of the State of California.

6        The actions of Defendants, if not enjoined, will continue.  Plaintiff has suffered

7  and continues to suffer damages in an amount to be proven at trial consisting of,

8  among other things, diminution in business associated with the Art 4 Peace Awards

9  mark, and injury to Plaintiff's business.  Additionally, Plaintiff has suffered the

10  following losses:

11  1.  Loss of income in the amount of around $250,000.00 dollars when

12

13  Defendant Khurram Mohammed transferred to a bank in India the tickets funds

14  collected  for the October 2018 awards event.

15  2.  Credit card debt in the amount of $75,000.00 dollars since Defendant Khurram

16  Mohammed walked out  on Plaintiff for  the October 2018 event and took all the

17  collected funds some of the guests.

18
19  3.  Loss of income in an unknown amount for other awards events Defendants have

20  been holding using Plaintiff's trademark "Art 4 Peace Awards" and variation names

21  of the mark.

22  4.  Plaintiff's organization has been affected by Defendants' deceptive practices of

23  using Plaintiff's mark since prospect clients are being directed to Defendants' online

24  pages and advertising instead of going to Plaintiff's online page and advertising .

25  5.  Profits made by Defendants on the use of Plaintiff's mark.

26  6.  Expenses incurred to pursue this lawsuit, receipts shall be provided in Court

27  7.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the

28

this Complaint were and continue to be deliberate and willful.

### PRAYER FOR RELIEF

WHEREFORE, plaintiff prays judgment against Debtor as follows:

1.      That Creditor be granted inductive relief under 15 U.S.C. Sections 1051 et

seq.; California Business and Professions Code Sections 17200 and 17500 e. seq.;

and Federal Law and California common law of contributory trademark infringement

and vicarious trademark infringement; specifically, that Debtor and all of his

respective officers, agents, servants, representatives, employees, attorneys, and all

other persons acting in concert with them be enjoined from:

2.      Using the Art 4 Peace Awards mark, or any mark confusingly similar to the Art

4 Peace Awards mark, in connection with the marketing, promotion, advertising, sale,

distribution of any events products or events services of any kind.  or indirectly*

engaging in false advertising or promotions of Art 4 Peace Awards products and/or

events services of any kind.

3.      Making or inducing others to make any false, misleading or deceptive

statement of fact, or representation of fact in connection with the promotion and

advertisement of

4.      For general damages in the sum of $250,000.00 dollars;

5.      For damages in the sum of  $100,000.00 dollars;

6.      For punitive damages in the sum of $100,000.00 dollars;

7.      For any and all costs of suit incurred herein; and

8.      For the Trustee to open an investigation against Debtor and criminal

charges be brought up against him  for his fraudulent and deceptive activity

against me and others.

8.  b  · For such other and further relief as the court may deem proper.

DATED: 7/28/20

MUNNI IRONE, PLAINTIFF IN PRO PER

## VERIFICATION

I, Munni Irone, am a Plaintiff in the above-entitled action. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Pomona, California.

DATED: 7/28/20

15



Exhibit "A"

1 of 3 pgs

Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Feb 6 03:22:22 EST 2020*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# ARTS 4 PEACE AWARDS

| | |
|---|---|
| **Word Mark** | **ARTS 4 PEACE AWARDS** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Organisation of competitions and awards ceremonies in the fields of art, costumes, film, fashion, and culture; hosting and organising social entertainment events in the nature of award ceremonies; entertainment services, namely, conducting entertainment shows relating to achievement awards in the fields of art, costumes, film, fashion, and culture; entertainment services relating to the granting of awards, namely, arranging and conducting special events in the nature of award ceremonies for social entertainment purposes; Organizing cultural and arts events. FIRST USE: 20160100. FIRST USE IN COMMERCE: 20160100 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88328112 |
| **Filing Date** | March 6, 2019 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | May 28, 2019 |
| **Registration Number** | 5834905 |
| **Registration Date** | August 13, 2019 |
| **Owner** | (REGISTRANT) ARTS 4 PEACE AWARDS CORPORATION CALIFORNIA 1646 ACORN LANE GLENDORA CALIFORNIA 91741 |
| **Attorney of Record** | Alex Patel |

Exibit "D"

| Routing | Sequence # | Paid Date | Amount | Account | Serial | Capture Source |
|---|---|---|---|---|---|---|
| 12104288 | 8718000889 | 07022018 | $3000.00 | 5492968630 | 197 | 00007306 |

197

16-24/1220 4448

MUNNI IRONE
FARINA A SALIM
9461 CHARLEVILLE BLVD
BEVERLY HILLS, CA 90212

July 2nd 2018
Date

Pay to the Order of WORLD FILM Festival $3000 —

Three thousand Dollars

Wells Fargo Bank, N.A.
California

For Loan

⑆122000247⑆ 5492968630⑈ 00197

Anthony Martinez
Branch Manager
NMLS ID: 833936

Glendora Towne Center
MAC E2048-010
825 E. Lone Hill Ave.
Glendora, CA 91740
Tel: 626 802 4650
Fax: 626 802 4655
24 Hour Cust. Service: 800 869 3557

CREDITED TO ACCOUNT
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank NA



# State of California
## Secretary of State

**S**

### Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)
**FEES (Filing and Disclosure): $25.00.**
If this is an amendment, see instructions.
IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM

Exhibit "6"
1 of 3 pss

**GB43794**

# FILED

In the office of the Secretary of State
of the State of California

## DEC-17 2019

| 1. CORPORATE NAME |
|---|
| ART WORLD 4 PEACE AWARD LOS ANGELES |

| 2. CALIFORNIA CORPORATE NUMBER |
|---|
| C4197910 |

This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3. If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed to Item 17.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.   STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |
| 5.   STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |
| 6.   MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | KHURRAM MOHAMMED   640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.   CHIEF EXECUTIVE OFFICER/ KHURRAM  MOHAMMED | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |
| 8.   SECRETARY KHURRAM  MOHAMMED | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |
| 9.   CHIEF FINANCIAL OFFICER/ KHURRAM  MOHAMMED | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers**  (The corporation must have at least one director.  Attach additional pages, if necessary.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 10.  NAME KHURRAM  MOHAMMED | 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |
| 11.  NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12.  NAME | ADDRESS | CITY | STATE | ZIP CODE |

13.  NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

| 14.  NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| KHURRAM  MOHAMMED |

| 15.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 640 E IMPERIAL AVE ,UNIT 8, EL SEGUNDO, CA 90245 | | | |

**Type of Business**

| 16.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| FILM FESTIVALS AND AWARDS |

17.  BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 12/17/2019 | KHURRAM  MOHAMMED | CEO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

Page 1 of 1

APPROVED BY SECRETARY OF STATE

ARTICLES OF INCORPORATION

OF

Art World 4 Peace Award Los Angeles

1. The name of the corporation is Art World 4 Peace Award Los Angeles

2. The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

3. The name of this corporation's initial agent for service of process is:

Legalzoom.com, Inc.

4. The initial street address of this corporation is 640 E. Imperial Ave. #8, El Segundo, California 90245.

5. a) The corporation is authorized to issue two classes of shares, each with $0.05 as par value, designated "Common Stock" and "Preferred Stock", respectively. The number of shares of Common Stock authorized to be issued is 10,000,000 and the number of shares of Preferred Stock authorized to be issued is 1,500,000.

b) The Preferred Stock may be issued from time to time in such number of series as the Board of Directors may determine. The Board of Directors is authorized to determine or alter the rights, preferences, privileges and restrictions granted to or imposed upon any wholly unissued series of Preferred Stock, and to fix the number of shares of any series of Preferred Stock and the designation of any such series of Preferred Stock. Subject to compliance with applicable protective voting rights which may be granted to the Preferred Stock or any series of Preferred Stock in Certificates of Determination or the corporation's Articles of Incorporation, the Board of Directors is also authorized, within the limits and restrictions stated in any resolution or resolutions of the Board of Directors originally fixing the number of shares constituting any series, to increase or decrease (but not below the number of shares of such series then outstanding) the number of shares of any series subsequent to the issue of the shares of that series. In case the number of shares of any series shall be so decreased, the shares constituting such decrease shall resume the status which they had prior to the adoption of the resolution originally fixing the number of shares of such series.

6. The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

419791.0

*Exhibit "C"*
*3 of 3 pgs*

7.   This corporation is authorized to provide indemnification of agents (as defined in
Section 317 of the California Corporations Code) through bylaw provisions, agreements with
agents, vote of shareholders or disinterested directors or otherwise, in excess of the
indemnification otherwise permitted by Section 317 of the California Corporations Code,
subject only to the applicable limits set forth in Section 204 of the California Corporations Code
with respect to actions for breach of duty to the corporation and its shareholders.

8.   Any repeal or modification of the foregoing provisions of Sections 6 and 7 by the
shareholders of this corporation shall not adversely affect any right or protection of an agent of
this corporation existing at the time of such repeal or modification.

I, the undersigned, as the sole incorporator of the corporation, declare that I am the person
who executed these Articles of Incorporation, which execution is my act and deed.

Executed on 9/21/2018.

_____
LegalZoom.com, Inc., Incorporator
By:  Cheyenne Moseley, Assistant Secretary

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Monni AbiIrane | Khurrana Mohammed AKA Fesi Khurrana |

| ATTORNEYS (Firm Name, Address, and Telephone No.) | ATTORNEYS (If Known) |
|---|---|
| Nope | Unk. |

| PARTY (Check One Box Only) | PARTY (Check One Box Only) |
|---|---|
| ☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor   ☐ Other<br>☐ Trustee | ☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

I was manipulated into fraudulent business deal and Scammed out of at least $325,000.00

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☒ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 325,000.00 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Khorram Mohammed | BANKRUPTCY CASE NO.<br>2020bk 14552 | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central – Los Angeles | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>Munni Alvi Irone | DEFENDANT<br>Khorram Mohammed | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>X | | |
| DATE<br>7/24/2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Munni Alvi Irone | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.